B 2100A (Form 2100A) (12/15)

U.S. BANKRUPTCY COURT
2018 DEC -7 A 10: 36

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  Johnny Decamp
  Myrtha Decamp
  ,

Case No. 16-13302

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, | U.S. Bank Trust National Association, |
|---|---|
| as Trustee of Cabana Series III Trust | as Trustee of Bungalow Series III Trust |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Court Claim # (if known): 15-1
Amount of Claim: $298,944.24
Date Claim Filed: 01/10/2017

Phone: 800-603-0836
Last Four Digits of Acct #: 2822

Phone: 800-603-0836
Last Four Digits of Acct #: ___

Name and Address where transferee payments should be sent (if different from above):

FILING FEE PAID

Phone: ___
Last Four Digits of Acct #: ___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam Thursby
  Transferee/Transferee's Agent

Date: 12/6/18

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of Massachusetts____

In re Johnny Decamp and          Case No. 16-13302
      Myrtha Decamp

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 15-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
U.S. Bank Trust National Association,
as Trustee of Bungalow Series III Trust

Name of Transferee
U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust

Address of Alleged Transferor:
U.S. Bank Trust Nat'l Assoc
as Trustee of Bungalow Series III Trust
c/o SN Servicing Corp
323 5th St
Eureka, CA 95501

Address of Transferee:
C/O SN Servicing Corp. 323 5th Street Eureka, CA 95501

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                  _____
                                              **CLERK OF THE COURT**



**SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

November 30, 2018

JOHNNY DECAMP
MYRTHA DECAMP
391 S MAIN ST
RANDOLPH MA  02368

RE:  **Loan Number:**
Collateral: 391 SOUTH MAIN STREET; RANDOLPH, MA

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **October 31, 2018**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan.  Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

    | | |
    |---|---|
    | Name: | **SN Servicing Corporation** |
    | Address: | **323 Fifth Street, Eureka CA  95501** |
    | Telephone Number: | **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time** |
    | Website Address: | www.snsc.com |

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

    | | |
    |---|---|
    | Name: | **Cabana Series III Trust** |

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

Please do not send payments to the owner listed above, as they will not be credited to your loan.  Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation.  The servicer has authority to act on the owner's behalf with regard to the administration of your loan.